UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AUSTIN RAY LESTER,<br><br>　　　　　　　　Defendant. | Cr. No. 3:24-cr-59<br><br>**MOTION TO WITHDRAW** |

　　　Comes now Christopher P. Bellmore, Assistant Federal Public Defender, and moves this Honorable Court for its Order permitting him, on behalf of the Office of the Federal Public Defender, District of North Dakota, to withdraw as counsel for Defendant herein, having been appointed on April 19, 2024.

　　　A newly-discovered conflict of interest prevents the Federal Public Defender from representing Defendant.

　　　WHEREFORE, the undersigned asks that the Federal Public Defender for the District of South Dakota and North Dakota be permitted to withdraw as counsel for Defendant, and that counsel be appointed for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006.

Dated this 1st day of May, 2024.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/   Christopher P. Bellmore*
        Christopher P. Bellmore
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        112 Roberts Street North, Suite 200
        Fargo, ND 58102
        Telephone: 701-239-5111
        Facsimile:  701-239-5098
        filinguser_SDND@fd.org