# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
|        Plaintiff, | )   **ORDER GRANTING MOTIONS TO** |
| | )   **CONTINUE TRIAL** |
| vs. | ) |
| | )   Case No. 3:24-cr-59 |
| Austin Ray Lester, et al., | ) |
| | ) |
|        Defendants. | ) |

Defendants Austin Ray Lester and Krissy Louise Hinsley move to continue trial. Doc. 40; Doc. 43. Trial is set to begin on June 25, 2024. Defense counsel request continuances to further investigate, review discovery, and prepare for trial. Lester and Hinsley consent to the continuance and executed consent forms acknowledging that the delay will be excluded from any calculation under the Speedy Trial Act. Doc. 41; Doc. 42. The United States does not object.

There is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A). See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991). So, the Court **GRANTS** the motions (Doc. 40; Doc. 43). Trial will be reset to Tuesday, November 5, 2024, at 9:30 A.M. in Fargo. A three (3) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

    **IT IS SO ORDERED**.

    Dated this 11th day of June, 2024.

                                                                           */s/ Peter D. Welte*
                                                                          Peter D. Welte, Chief Judge
                                                                          United States District Court