PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | |
| vs. | ) | Docket No.: 0868 3:24CR00059-2 |
|  | ) | |
| Krissy Louise Hinsley | ) | |

COMES NOW, Kelsey Riddle, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Krissy Louise Hinsley who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on August 15, 2024, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

    IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant must contact USPO Kelsey Riddle at 701-297-7207 within 24 hours of her release.

6. Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to the Fargo/Moorhead area.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering

PS 8
(Rev. 2/2013)
Hinsley, Krissy
0868 3:24CR00059

    with the collection process or specimen may be considered the same as a positive test result.

8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any direct or indirect contact with co-defendants or any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

10. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

11. Defendant shall reside at a Residential Facility to be designated by the Pretrial Services Officer and shall participate in the center's programs and abide by its rules and regulations. If directed by Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising pretrial services officer may approve passes from the RRC for up to eight hours.

12. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

13. Defendant shall not obtain a passport and other foreign travel document(s).

14. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **<u>Violation of Condition #7:</u> Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** The defendant tested positive for methamphetamine and admitted to usage on the following dates: September 25, 2024, November 21, 2024, and December 10, 2024.

PS 8
(Rev. 2/2013)
Hinsley, Krissy
0868 3:24CR00059

2. **Violation of Condition #7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** Ms. Hinsley tested positive for methamphetamine and denied usage on the following dates: September 28, 2024, December 19, 2024, and December 25, 2024. The results for the samples submitted on September 28th, 2024, and December 19th, 2024, have been confirmed positive by Alere Toxicology. The results from the sample taken on December 25, 2024, is currently pending.

3. **Violation of Condition #11: Defendant shall reside at a Residential Facility to be designated by the Pretrial Services Officer and shall participate in the center's programs and abide by its rules and regulations. If directed by Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising pretrial services officer may approve passes from the RRC for up to eight hours.** On November 21, 2024, the defendant was unaccountable from Centre, Inc. for approximately two hours and was in absconder status.

4. **Violation of Condition #9: Defendant shall not knowingly or intentionally have any direct or indirect contact with co-defendants or any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.** On or about January 4, 2025, while Centre, Inc. staff were conducting a phone search, they found text messages that the defendant sent to her codefendant, Austin Lester.

PRAYING THAT THE COURT WILL ORDER: It is requested that a warrant will be issued for Krissy Louise Hinsley and hearings will be held to determine if she violated her conditions of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Kelsey Riddle               01/06/2025
U.S. Pretrial Services Officer
Place: Fargo

PS 8
(Rev. 2/2013)
Hinsley, Krissy
0868 3:24CR00059

# ORDER OF THE COURT

Considered and ordered this 6 day of January, 2025, and ordered filed and made a part of the record in the above case.

- ☑ Warrant to be issued
- ☐ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

_____
Alice R. Senechal
U.S. Magistrate Judge