IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cr-59 |
| | ) | |
| vs. | ) | **ORDER REVOKING** |
| | ) | **PRETRIAL RELEASE AND FOR** |
| Krissy Louise Hinsley, | ) | **DETENTION PENDING TRIAL** |
| | ) | |
| Defendant. | ) | |

A January 6, 2025 petition charged Krissy Louise Hinsley with multiple violations of an order setting conditions of her pretrial release to a residential reentry center. During a January 14, 2025 hearing, Hinsley admitted to violations charging use of methamphetamine on six dates between September and December 2024. She denied a charge of unaccountability at the RRC on November 21, 2024, and denied a charge of contact with a codefendant.

The United States presented evidence concerning the two charges Hinsley had denied. Based on her admissions and on evidence the United States presented, pursuant to 18 U.S.C. § 3148, the court finds clear and convincing evidence supports each of the violations charged in the petition. The court further finds Hinsley is unlikely to abide by any condition or combination of conditions of release.

Hinsley is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Hinsley shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall

deliver Hinsley to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED**.

Dated this 14th day of January, 2025.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge