Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America
v.
Krissy Louise Hinsley

Case No. 3:24-cr-00059

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Krissy Louise Hinsley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation(s) of pretrial release

Date: 01/06/2025

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state: Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 1/6/25, and the person was arrested on *(date)* 1/8/25
at *(city and state)* Fargo, ND.

Date: 1/14/25

[signature]
*Arresting officer's signature*

Christopher Tolle, Special Agent
*Printed name and title*